UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMY MICHAEL GOMEZ**, <br><br> Petitioner, <br><br> vs. <br><br> **STATE OF MICHIGAN**, <br><br> Respondent. | **2:22-CV-10745** <br><br><br> **JUDGMENT** |

In accordance with the Opinion and Order issued on this date;

It is **ORDERED AND ADJUDGED** that:
  (1) The Petition for a Writ of Habeas Corpus is **SUMMARILY DISMISSED WITH PREJUDICE**.
  (2) A Certificate of Appealability is **DENIED**.
  (3) Petitioner is **DENIED** leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan:  April 28, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE